# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TONY RAY LARSON,         )
                            )

     **Plaintiff,**          )
                            )

v.                        ) Case No. CIV-14-00062-R
                            )

DR. McCURDY; DR. FISHER;    )
WARDEN FARRIS; GENESE      )
McCOY; TAMARA HILL, CHSA;  )
and EDWARD EVANS,        )
Interim Director,           )
                            )

     **Defendants.**       )

## ORDER

Plaintiff filed this action seeking relief pursuant to 42 U.S.C. § 1983, alleging deprivation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On February 19, 2015, Judge Mitchell entered a Report and Recommendation wherein she recommended that the Court dismiss Plaintiff's claims without prejudice as they are moot because Plaintiff was transferred from the facility. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and the action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ordered this 24th day of March, 2015.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE